FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 24, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RUTH ANN CONDE CHEESMAN,<br><br>　　Plaintiff,<br><br>　　v.<br><br>DSHS REGION 1 /DCFS CHILDRENS ADMINISTRATION; PAMELA J. ANDERSON, TABITHA A. SNYDER, MAYRA CUENCA; STATE OF WASHINGTON ATTORNEY GENERAL BOB FERGUSON; CHILDREN'S ADMINSTRATION: DCFS AREA ADMINISTRATOR – BERTA NORTON,<br><br>　　Defendants. | No. 1:18-cv-03013-SAB<br><br><br>**ORDER RE: MOTION TO CONSOLIDATE** |

Before the Court are Defendant's Motion to Consolidate, ECF No. 41, and related Motion to Expedite, ECF No. 42. Plaintiff is proceeding *pro se* and Defendants are represented by Assistant Attorney General Jacob E. Brooks.

Defendants ask the Court to consolidate the above-captioned case with 1:18-cv-03224-SAB, *Roy D. Cheesman v. Tabitha Snyder, Mayra Cuenca, Pamela Anderson, Berta Norton, Department of Social And Health Services, Children's Administration*. It does not appear that Mr. Cheesman was notified or served with the motion. As such, it does not appear that Mr. Cheesman has not had an opportunity to respond to the motion. In a separate Order in the related case, the

**ORDER RE: MOTION TO CONSOLIDATE ~** 1

Court directed Defendants to file the Motion to Consolidate in that case. In order to permit Mr. Cheesman the opportunity to respond to the Motion to Consolidate, the Court will strike the hearing date and direct Defendants to set a new hearing date for the pending Motion to Consolidate to correspond to the hearing date set forth in 1:18-cv-03224-SAB. The Court will also strike the hearing date of the pending Motion for Summary Judgment. If the Court grants the Motion to Consolidate, Mr. Cheesman will be afforded the opportunity to respond to the pending Motion for Summary Judgment.

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant's Motion to Expedite, ECF No. 42, is **DENIED**.
2. The hearing set for May 15, 2019 on Defendant's Motion to Consolidate, ECF No. 41, is **STRICKEN**. Defendant is directed to renote the hearing to correspond to the hearing date set in 1:18-cv-03224-SAB.
3. The hearing on Defendants' Motion for Summary Judgment, ECF No. 25, is **STRICKEN**. The Court will renote the hearing after it has ruled on the pending Motion to Consolidate.

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order and forward copies to Plaintiff and counsel.

**DATED** this 24th day of May 2019.



Stanley A. Bastian
United States District Judge

**ORDER RE: MOTION TO CONSOLIDATE ~ 2**