AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

RUTH ANN CONDE CHEESMAN and ROY CHEESMAN,

*Plaintiff*

v.

TABITHA SNYDER,

*Defendant*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Feb 03, 2023**

SEAN F. McAVOY, CLERK

Civil Action No. 1:18-CV-3013-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☑ the plaintiff *(name)* Ruth Ann Conde Cheesman and Roy Cheesman recover from the defendant *(name)* Tabitha Snyder the amount of See Below dollars ($     ), which includes prejudgment interest at the rate of     %, plus post judgment interest at the rate of     % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)*     recover costs from the plaintiff *(name)*     .

☐ other: $80,000 to Ruth Ann Cheesman.
$80,000 to Roy Cheesman.
$15,000 of punitive damages to Ruth Ann Cheesman and Roy Cheesman.

This action was *(check one)*:

☑ tried by a jury with Judge Stanley A. Bastian presiding, and the jury has rendered a verdict.

☐ tried by Judge     without a jury and the above decision was reached.

☐ decided by Judge     on a motion for

Date: 2/3/2023

*CLERK OF COURT*

SEAN F. McAVOY

s/Michelle M. Fox
*(By) Deputy Clerk*

Michelle M. Fox