# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

RUTH ANN CONDE CHEESMAN and ROY CHEESMAN,

*Plaintiff*

v.

TABITHA A. SNYDER,

*Defendant*

Civil Action No. 1:18-CV-03013-SAB

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 03, 2025

SEAN F. McAVOY, CLERK

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Pursuant to the Order filed at ECF No. 214, Judgment is entered in favor of Defendant Tabitha A Snyder.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Stanley A Bastian .

Date: 11/3/2025

*CLERK OF COURT*

s/Sean F. McAvoy
*Signature of Clerk*